WASHINGTON, GDN., ET AL., APPELLANTS, *v.* CITIZENS SECURITY
MUTUAL INSURANCE COMPANY, APPELLEE.

[Cite as *Washington v. Citizens Sec. Mut.
Ins. Co.* (2001), 92 Ohio St.3d 211.]

(No. 00–1951—Submitted May 16, 2001—Decided July 5, 2001.)

The judgment of the court of appeals is affirmed on the authority of *Littrell v. Wigglesworth* (2001), 91 Ohio St.3d 425, 746 N.E.2d 1077, and *Clark v. Scarpelli* (2001), 91 Ohio St.3d 271, 744 N.E.2d 719.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK, and LUNDBERG STRATTON, JJ., concur in judgment.

COOK, J., concurring. I concur in judgment on Propositions of Law Nos. I and II based on the reasoning set forth in my dissenting opinion in *Littrell v. Wigglesworth* (2001), 91 Ohio St.3d 425, 746 N.E.2d 1077, and in my opinion concurring in part and dissenting in part in *Clark v. Scarpelli* (2001), 91 Ohio St.3d 271, 744 N.E.2d 719. I would dismiss Proposition of Law III as having been improvidently allowed.

MOYER, C.J., and LUNDBERG STRATTON, J., concur in the foregoing opinion.

*Cochran & Naso* and *Carmen Naso,* for appellant Phyllis Washington.

*Robert P. Rutter,* for appellant Danielle Washington.

*Law Office of Terrence J. Kenneally & Associates, Terrence J. Kenneally* and *John M. Bostwick, Jr.,* for appellee.